UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ZOILA ALICIA GARCIA, :
:
: 
Plaintiff, :
: 20-CV-9278 (JMF) (SN)
-v- :
: ORDER
COMMISSIONER OF SOCIAL SECURITY, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's Order dated November 6, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 7.  If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  Defendant entered an appearance on February 1, 2021.  *See* ECF No. 11.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **February 24, 2021**.

     SO ORDERED.

Dated: February 17, 2021
      New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge