USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ZOILA ALICIA GARCIA,

                                     Plaintiff,                                     20-CV-09278 (SN)

               -against-                                             **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On November 5, 2020, the Plaintiff filed her Complaint. ECF No. 1. On January 14, 2021, proof of service was filed on the docket, indicating that the Commissioner was served on December 13, 2020. See ECF No. 10. In accordance with standing order 16-mc-00171 (see ECF No. 5), the Defendant was to file the electronic certified administrative record (eCAR) 90 days after service, due on March 13, 2021. To date, no eCAR has been filed. Accordingly, the Commissioner is directed to either file the eCAR or a letter regarding the status of its filing no later than March 19, 2021.

**SO ORDERED.**

                                                                            _____
                                                                            SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:     New York, New York
                  March 15, 2021