**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ZOILA ALICIA GARCIA,

                    Plaintiff,                20 **CIVIL** 9278 (SN)

        -v-                        **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 24, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          June 24, 2021

                                                    **RUBY J. KRAJICK**
                                                _____
                                                      **Clerk of Court**
                        **BY:**     *K. Mango*
                                                      _____
                                                      **Deputy Clerk**